IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01391-PAB-KLM

ADAM HANCOCK, d/b/a A&J Landscaping,

   Plaintiff,

v.

COLORADO STRUCTURES, INC.;
ROB OLDACH;
TIM PHELAN;
SCOTT NORMAN; and
MARK OSBORN,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate and Re-Set the Scheduling Conference** [Docket No. 17; Filed August 16, 2011] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  For good cause shown, the Scheduling Conference set for August 18, 2011 at 9:30 a.m. is **vacated** and **RESET** to **September 8, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

   IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **September 2, 2011**.

   Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **September 2, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

   Dated:  August 16, 2011